**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    :

                         :       Chapter 13

      Keith C. Bunn

                         :       Case No 26-12368-amc

Debtor

                         :

O R D E R

AND NOW, this __29th__ day of __June__, 2026, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before July 13, 2026.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE