## EARNINGS STATEMENT

**EMPLOYER:**
Joyful Readers, Inc
1501 Cherry Street
Philadelphia, Pennsylvania 19102
Phone: +1 (267) 467-5165

**PAID TO:**
Keith Bunn Sr
166 W Maplewood Ave
Philadelphia, Pennsylvania 19144
SSN: ███

**THIS IS NOT A CHECK**

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
4/22/2026 - 5/7/2026

**PAY DATE:**
5/15/2026

**GROSS PAY:**
$1,050.00

**NET PAY:**
$898.16

| TIME OFF | USED | ACCRUED | BALANCE |
|---|---|---|---|
| AmeriCorps Member Time Off | 24.00 hours | 0.00 hours | 24.00 hours |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $1,050.00 | $9,450.00 |
| Deductions | $0.00 | $0.00 |
| Taxes | $151.84 | $1,367.27 |
| Net Pay | $898.16 | $8,082.76 |
| Acct# ...607 Trace: 021000029786248 | $898.16 | |

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Salary | - | 86.6667 | $1,050.00 | 786.6701 | $9,450.00 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $65.10 | $585.90 |
| Medicare Tax - Employee | $15.23 | $137.04 |
| Pennsylvania State Tax | $32.24 | $290.16 |
| Pennsylvania SUI | $0.00 | $0.74 |
| Philadelphia City Tax | $39.27 | $353.43 |

Paystub generated by **RIPPLING**          PAYSTUB ID: 69fa427ba98edb20de043c1f          www.rippling.com

## EARNINGS STATEMENT

**EMPLOYER:**
Joyful Readers, Inc
1501 Cherry Street
Philadelphia, Pennsylvania 19102
Phone: +1 (267) 467-5165

**PAID TO:**
Keith Bunn Sr
166 W Maplewood Ave
Philadelphia, Pennsylvania 19144
SSN: ▮

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
5/8/2026 - 5/21/2026

**PAY DATE:**
5/29/2026

**GROSS PAY:**
$1,050.00

**NET PAY:**
$898.16

THIS IS NOT A CHECK

| TIME OFF | USED | ACCRUED | BALANCE |
|---|---|---|---|
| AmeriCorps Member Time Off | 8.00 hours | 0.00 hours | 16.00 hours |

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Salary | - | 86.6667 | $1,050.00 | 873.3368 | $10,500.00 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $65.10 | $651.00 |
| Medicare Tax - Employee | $15.23 | $152.27 |
| Pennsylvania State Tax | $32.24 | $322.40 |
| Pennsylvania SUI | $0.00 | $0.74 |
| Philadelphia City Tax | $39.27 | $392.70 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $1,050.00 | $10,500.00 |
| Deductions | $0.00 | $0.00 |
| Taxes | $151.84 | $1,519.11 |
| Net Pay | $898.16 | $8,980.92 |
| Credits from Quarterly Corrections | -$0.71 | - |
| Payment Amount | $897.45 | $8,980.92 |
| Acct# ...607 Trace: 021000029755373 | $897.45 | |

# EARNINGS STATEMENT

**EMPLOYER:**
Joyful Readers, Inc
1501 Cherry Street
Philadelphia, Pennsylvania 19102
Phone: +1 (267) 467-5165

**PAID TO:**
Keith Bunn Sr
166 W Maplewood Ave
Philadelphia, Pennsylvania 19144
SSN: ▮▮▮▮

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
4/8/2026 - 4/21/2026

**PAY DATE:**
4/30/2026

**GROSS PAY:**
$1,050.00

**NET PAY:**
$898.16

THIS IS NOT A CHECK

| TIME OFF | USED | ACCRUED | BALANCE |
|---|---|---|---|
| AmeriCorps Member Time Off | 16.00 hours | 0.00 hours | 48.00 hours |

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Salary | - | 86.6667 | $1,050.00 | 700.0034 | $8,400.00 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $65.10 | $520.80 |
| Medicare Tax - Employee | $15.23 | $121.81 |
| Pennsylvania State Tax | $32.24 | $257.92 |
| Pennsylvania SUI | $0.00 | $0.74 |
| Philadelphia City Tax | $39.27 | $314.16 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $1,050.00 | $8,400.00 |
| Deductions | $0.00 | $0.00 |
| Taxes | $151.84 | $1,215.43 |
| Net Pay | $898.16 | $7,184.60 |
| Acct# ...607 Trace: 021000024971151 | $898.16 | |

## EARNINGS STATEMENT

**EMPLOYER:**
Joyful Readers, Inc
1501 Cherry Street
Philadelphia, Pennsylvania 19102
Phone: +1 (267) 467-5165

**PAID TO:**
Keith Bunn Sr
166 W Maplewood Ave
Philadelphia, Pennsylvania 19144
SSN: ...8██

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
3/22/2026 - 4/7/2026

**PAY DATE:**
4/15/2026

**GROSS PAY:**
$1,050.00

**NET PAY:**
$898.16

| TIME OFF | USED | ACCRUED | BALANCE |
|---|---|---|---|
| AmeriCorps Member Time Off | 0.00 hours | 0.00 hours | 64.00 hours |

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Salary | - | 86.6667 | $1,050.00 | 613.3367 | $7,350.00 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $65.10 | $455.70 |
| Medicare Tax - Employee | $15.23 | $106.58 |
| Pennsylvania State Tax | $32.24 | $225.68 |
| Pennsylvania SUI | $0.00 | $0.74 |
| Philadelphia City Tax | $39.27 | $274.89 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $1,050.00 | $7,350.00 |
| Deductions | $0.00 | $0.00 |
| Taxes | $151.84 | $1,063.59 |
| Net Pay | $898.16 | $6,286.44 |
| Acct# ...607 Trace: 021000024604365 | $898.16 | |

# EARNINGS STATEMENT

**EMPLOYER:**
Joyful Readers, Inc
1501 Cherry Street
Philadelphia, Pennsylvania 19102
Phone: +1 (267) 467-5165

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
3/8/2026 - 3/21/2026

**PAID TO:**
Keith Bunn Sr
166 W Maplewood Ave
Philadelphia, Pennsylvania 19144
SSN: ▮

**PAY DATE:**
3/30/2026

**GROSS PAY:**
$1,050.00

**NET PAY:**
$898.16

| TIME OFF | USED | ACCRUED | BALANCE |
|---|---|---|---|
| AmeriCorps Member Time Off | 0.00 hours | 0.00 hours | 64.00 hours |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $1,050.00 | $6,300.00 |
| Deductions | $0.00 | $0.00 |
| Taxes | $151.84 | $911.04 |
| Net Pay | $898.16 | $5,388.99 |
| Acct# ...607 Trace: 021000027053801 | $898.16 | |

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Salary | - | 86.67 | $1,050.00 | 526.67 | $6,300.00 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $65.10 | $390.60 |
| Medicare Tax - Employee | $15.23 | $91.38 |
| Pennsylvania State Tax | $32.24 | $193.44 |
| Philadelphia City Tax | $39.27 | $235.62 |

THIS IS NOT A CHECK

# EARNINGS STATEMENT

**JOYFUL READERS, INC**
**JOYFUL READERS INC**
(Legal Address)
1501 Cherry Street
Philadelphia, PA 19102
Phone: +12674675165

(Work address)
1501 Cherry Street
Philadelphia, PA 19102
Phone: +12674675165

**PAID TO:**

Keith Bunn Sr

166 W Maplewood Ave
Philadelphia, PA 19144
SSN: ..█

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
02/22/2026 - 03/07/2026

**PAY DATE:**
03/13/2026

**GROSS PAY:**
$1,050.00

**NET PAY:**
$898.16

THIS IS NOT A CHECK

| TIME OFF | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| AmeriCorps Member Time Off | 0.00 | 0.00 | 64.00 |

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | - | 80.00 | $1,050.00 | $5,250.00 |

| EMPLOYEE TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Medicare Tax | $15.23 | $76.15 |
| Social Security | $65.10 | $325.50 |
| Pennsylvania State Tax | $32.24 | $161.20 |
| Philadelphia City Tax | $39.27 | $196.35 |

| EMPLOYER TAXES | CURRENT | YTD |
|---|---|---|
| Employer Medicare Tax | $15.23 | $76.15 |
| Social Security - Employer | $65.10 | $325.50 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $1,050.00 | $5,250.00 |
| Previous Corrections (Tax Reversal) | $0.00 | $0.03 |
| Taxes | $151.84 | $759.20 |
| Employer Taxes | $80.33 | $401.65 |
| Net Pay | $898.16 | $4,490.83 |
| Acct# ...607 Trace: 021000021546702 | $898.16 | |