**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keith C. Bunn<br>Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust<br>Movant<br>vs. | NO. 26-12368 AMC |
| Keith C. Bunn<br>Debtor(s) | |
| Scott F. Waterman<br>Trustee | 11 U.S.C. Section 362 |

**MOTION OF Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust
FOR RELIEF FROM THE AUTOMATIC STAY
UNDER SECTION 362**

1. Movant is Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust.

2. Debtor(s) is/are the owner(s) of the premises 2216 South 62nd Street, Philadelphia, PA 19142, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $57,600.00 on the mortgaged premises that was executed on June 01, 2001. The mortgage has been assigned as follows: FROM: CSMC 2021-RPL7 Trust by Select Portfolio Servicing, Inc., as its Attorney in Fact at c/o Select Portfolio Servicing, Inc., TO: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust, by assignment of mortgage dated June 05, 2026.

4. Scott F. Waterman is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Debtor(s) has/have indicated in their Chapter 13 Plan filed with the Court on July 13, 2026, that the mortgaged premises is to be surrendered.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. Debtor's pre-petition arrearage to Movant is $21,623.61.

9. Movant is entitled to relief from stay for cause.

10. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com