Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Keith C Bunn
166 W. Maplewood Avenue
Philadelphia, PA 19144

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12368-AMC**

Petition Filed Date: 06/01/2026
341 Hearing Date: 06/26/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/23/2026 | $1,943.00 | | | | | | | |

**Total Receipts for the Period: $1,943.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,886.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLAN FULTON<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»» 002 | Mortgage Arrears | $21,623.61 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $4,523.00 | $0.00 | $4,523.00 |

**Chapter 13 Case No. 26-12368-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,886.00 | Current Monthly Payment: | $1,943.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $299.22 | Total Plan Base: | $116,580.00 |
| Funds on Hand: | $3,586.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.