UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Keith C Bunn<br><br>Debtor | Chapter 13<br>Bankruptcy No.26-12368-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 17th day of September, 2026, by first class mail upon those listed below:

Keith C Bunn
166 W. Maplewood Avenue
Philadelphia, PA 19144

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA 19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee